**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN THE MATTER OF:  
APRIL LEANN JACKSON

Case No. 19-00263-dd

SS No.: XXX-XX-7208

## ORDER TO PAY TRUSTEE

Upon representation of the trustee, or other interested party, the court finds that:

The above named debtor has pending in this court a proceeding for a wage earner's plan under chapter 13 of the bankruptcy code and pursuant of the provisions of said statute and of the debtor's plan, the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this court for all the purpose of completing the plan; and

That under the provisions of Section 1325(b) of the Bankruptcy Code, 11 USC Sec. 1325(b), any entity from whom the debtor receives income may be required, upon the order of this court, to pay over all or any part of such income to the trustee and that such order is necessary and proper.

Now, therefore, **IT IS ORDERED,** that, until further order of this court, the following entity

SC COMPTROLLER GENERAL *  
1200 SENATE ST #305  
ATTN Garnishments  
COLUMBIA, SC  29201

shall submit the sum of $1,509.00 per month through payroll deduction in equal installments according to the number of pay periods in a given month; and to deduct this amount for 60 months including any period for which the debtor receives periodic, or lump sum payment for vacation, termination, disability, or other benefits and to remit the sums so deducted to the trustee:

Pamela Simmons-Beasley, Chapter 13 Trustee  
PO Box 63339  
Charlotte, NC 28263-3339

**IT IS FURTHER ORDERED** that the employer shall notify the trustee if the employment of the debtor is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous Orders, except previous Family Court support orders which shall continue in full force and effect.

**FILED BY THE COURT**  
**01/17/2019**



David R. Duncan  
Chief US Bankruptcy Court Judge  
District of South Carolina

Entered: 01/17/2019